UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRITA MARIE LATHAM, | No. 2:14-cv-0855 CKD P |
| Petitioner, | |
| v. | ORDER |
| YUBA COUNTY SUPERIOR COURT, | |
| Respondent. | |

Ms. Latham has filed in this court a petition for writ of habeas corpus meant for the California Supreme Court. Good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to return to Ms. Latham the petition for writ of habeas corpus meant for the California Supreme Court which was filed here on April 4, 2014; and

2. This case is closed.

Dated: April 9, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
lath0855.csc